**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AHMED ADNAN MOHAMMAD AHJAM (ISN 326), )<br><br>Petitioner, )<br><br>v. )<br><br>BARACK OBAMA, et al., )<br><br>Respondents. ) | Civil Action No. 09-745 (RCL) |

## ORDER

On October 22, 2013, this Court held a status conference by telephone with counsel in this matter concerning this Court's Order, Oct. 16, 2013, ECF No. 1768, setting a hearing date and briefing schedule on Petitioner's Motion [1748] for Partial Summary Judgment. Based on the representations of counsel for the parties during the status conference, it is hereby

**ORDERED** that the briefing schedule previously set by this Court in its October 16 Order is hereby **VACATED**. The government shall file its response to Petitioner's Motion for Partial Summary Judgment by December 16, 2013. It is further

**ORDERED** that the hearing on Petitioner's Motion for Partial Summary Judgment set by this Court in its October 16 Order is hereby postponed pending further order of this Court. The Court shall hold a further status conference for this matter at 9:30 a.m. on December 18, 2013, and will set any further proceedings in this matter, if necessary, at that time.

It is **SO ORDERED** this 23rd day of October 2013.

Signed by Royce C. Lamberth, United States District Judge.